| | |
|---|---|
| **UNITED STATES** | |
| **v.** | No. 2:19-cr-96 |
| **EARL McCOY** | |

_____

**MOTION TO ADOPT A PORTION OF CODEFENDANT'S MOTION TO CONTINUE DOC. 413**

_____

Comes the Defendant, Earl McCoy, by and through undersigned counsel and hereby moves the Court to adopt the portion of Co-Defendant Leonard Motion to Continue pertaining to the Motion Deadline.

In support of this motion, the Defendant avers:

1. Undersigned counsel was only appointed to represent the Defendant in June of this year. As the Court is aware, the discovery in this case is voluminous and undersigned counsel has had significantly less time to prepare than counsel for other Defendants.

2. Additionally, undersigned counsel's ability to communicate with Mr. McCoy is impaired by the fact he is housed out of State in Abingdon, VA as well as by concerns related to the COVID-19 pandemic.

3. Given the time necessary to review the voluminous discovery, determine any motions that should be filed, and discuss them with Mr. McCoy, counsel moves to adopt the codefendant's Motion to Continue as it pertains to the Motion Deadline.

Respectfully submitted this 21st day of August 2020.

*s/ Loretta G. Cravens*
Loretta G. Cravens, Esq. BPR 023576
Cravens Legal
P.O. Box 396
Knoxville, TN 37901
865-544-8929
865-223-5253 (fax)
loretta@cravenslegal.com

*Attorney for Earl McCoy*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2020 a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This 21st day of August 2020.

*s/Loretta G. Cravens*
LORETTA G. CRAVENS