UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:19-CR-96 |
| | ) | |
| vs. | ) | |
| | ) | |
| EARL HAROLD MCCOY, JR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Defendant has filed a Motion to Adopt [Doc. 419] the portion of codefendant's Leonard's motion to continue [Doc. 413] pertaining to the motion deadline. This motion [Doc. 419] is **GRANTED**.

SO ORDERED:

s/ Cynthia Richardson Wyrick
United States Magistrate Judge